DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN A. STUBBS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3065

[January 22, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott I. Suskauer, Judge; L.T. Case No. 50-2013-CF-009976-AXXX-MB.

Stephen A. Stubbs, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***